## E. J. BRADLEY v. STATE.

No. A-7874.  Opinion Filed March 21, 1931.
(296 Pac. 1113.)

Justin Hinshaw and Hardin Ballard, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error was convicted in the county court of McClain county on a charge of possession of mash for the manufacture of intoxicating liquor, and was sentenced to pay a fine of $100 and imprisonment in the county jail for 60 days.   No brief has been filed in support of the assignment of errors.

The evidence reasonably sustains the verdict and judgment.   No new question is presented.   No error requiring a reversal is made to appear.

The case is affirmed.